[This opinion has been published in *Ohio Official Reports* at 82 Ohio St.3d 505.]

THE STATE EX REL. GALICH, APPELLANT, *v.* YOUNGSTOWN COMMITTEE ON ALCOHOL; BUREAU OF WORKERS' COMPENSATION ET AL., APPELLEES.

[Cite as *State ex rel. Galich v. Youngstown Commt. on Alcohol*, 1998-Ohio-201.]

*Workers' compensation—Court of appeals' judgment reversed and State ex rel. Gay relief ordered.*

(No. 96-1622—Submitted June 24, 1998—Decided August 5, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 95APD10-1277.

————————————

*Green, Haines, Sgambati, Murphy & Macala Co., L.P.A., Ronald E. Slipski* and *Steven L. Paulson*, for appellant.

*Betty D. Montgomery*, Attorney General, and *Dennis Rehor*, Assistant Attorney General, for appellees.

————————————

{¶ 1} The judgment of the court of appeals is reversed. The cause is returned to the Industrial Commission for relief consistent with *State ex rel. Gay v. Mihm* (1994), 68 Ohio St.3d 315, 626 N.E.2d 666.

DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., would reverse the judgment of the court of appeals and return the cause to the Industrial Commission for relief consistent with *State ex rel. Noll v. Indus. Comm.* (1991), 57 Ohio St.3d 203, 567 N.E.2d 245.

COOK and LUNDBERG STRATTON, JJ., dissent and would affirm the judgment of the court of appeals.

————————————